

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Lakeisha Mackey and Jakaira Mackey,
Appellants

No. 06-24-00001-CV          v.

Patrick Lugo, Appellee

Appeal from the 71st District Court of
Harrison County, Texas (Tr. Ct. No. 21-
0822).   Panel consists of Chief Justice
Stevens and Justices van Cleef and Rambin.
Memorandum Opinion delivered by Justice
Rambin.

As stated in the Court's opinion of this date, we find reversible error in the judgment of
the court below.  Therefore, we affirm the trial court's summary judgment against Lakeisha
Mackey and reverse the summary judgment against Jakaira Mackey and remand the cause for
further proceedings.

We further order that each party is to bear its own costs incurred by reason of this appeal.

RENDERED MAY 10, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk